

JOE WANG
DBA: Joe Wang Carpet & Flooring
116A Starlite Street,
South San Francisco, CA 94080
Tel: (650) 636-1508
Fax: (650) 636-1511

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND,

Plaintiffs,

vs.

JOE WANG, doing business as JOE WANG CARPET and FLOORING

Defendant.

NO. CV 08 2039

MOTION TO THE COMPLAINT

To the Clerk of the United States District Court for the Northern District of California:

I, JOE WANG requested a plead for the Complaint that filed by the Plaintiffs, Board of Trustees of the Northern California Floor Covering Industry Welfare Fund.

Dated: May 15, 2008

JOE WANG
DBA: Joe Wang Carpet & Flooring
BY: _____
Joe Wang

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the city of South San Francisco and County of San Mateo, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 116A Starlite Street, South San Francisco, CA 94080. On May 16, 2008 I served the within MOTION TO THE COMPLAINT on the plaintiff's attorney in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at South San Francisco, California, addressed as follows:

Erskine & Tulley
Michael J. Carroll
220 Montgomery Street, Suite 303
San Francisco, CA94104

I, Hui Min Wang, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2008 at South San Francisco, California.

_____
Hui Min Wang