Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>　　　Plaintiffs,<br>v.<br><br>JOE WANG, individually, and dba J W CARPET, et al.,<br><br>　　　Defendants. | Case No.: C08-2039 MEJ<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 16, 2008                    SALTMAN AND JOHNSON
                                        LAW CORPORATION


                                        _____/s/_____
                                        Shaamini A. Babu
                                        Attorneys for Plaintiffs

-1-
**REQUEST FOR REASSIGNMENT**
**Case No.: C08-2039 MEJ**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 16, 2008, I served the following document(s):

**SUBSTITUTION OF ATTORNEY**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Joe Wang, individually and dba** <br> **J W Carpet & Flooring** <br> **116A Starlite Street** <br> **South San Francisco, California 94080** | **Joe Wang Carpet and Flooring** <br> **116A Starlite Street** <br> **South San Francisco, California 94080** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega