1

2

3

4

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5  BOARD OF TRUSTEES OF THE        )
   N. CA. FLOOR COVERING INDUSTRY  )
   WELFARE FUND,                   )

6                                  )        CASE  NO. C-08-2039 MEJ
                                   )
              Plaintiff (s)        )

7        v.                        )        **NOTICE OF IMPENDING**
                                   )        **REASSIGNMENT TO A**

8                                  )        **UNITED STATES**
                                   )        **DISTRICT COURT JUDGE**
   JOE WANG, et al..               )

9                                  )
              Defendant (s)        )

10 _____ )

11      The Clerk of this Court will now randomly reassign this case to a United States District Judge

12 because either:

13 __X__   (1)  One or more of the parties has requested reassignment to a United States District Judge, or

14 _____   (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining

15 order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents

16 have not been secured, and time is of the essence.

17 _____   (3)  One or more of the parties is without counsel and have not made the necessary consent to

18 proceed before a Magistrate Judge within 30 days.

19

20      All previous hearing dates are hereby  **VACATED.**

21  Dated: June 25, 2008

22

23      _____
        Maria-Elena James
        United States Magistrate Judge

24

25

26      _____
        By: Brenda Tolbert, Deputy Clerk

27

28

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES et al, | Case Number: CV08-02039 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOE WANG et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Wang Carpet & Flooring
116A Starlite Streets
South San Francisco, CA 94080

Joe Wang
116A Starlite Streets
South San Francisco, CA 94080

Muriel B. Kaplan
Saltzman & Johnson Law Corporation
44 Montgomery Street
Suite 2110
San Francisco, CA 94104

Dated: June 25, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk