IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

        Plaintiff,

  v.

JOE WANG,

        Defendant.
                                    /

No. C 08-02039 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Case Management Conference previously set for July 24, 2008 at 10:00 a.m. has been rescheduled for July 24, 2008 at **11:00 a.m.**, before the **Honorable William Alsup**. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: June 26, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Frank Justiliano*
    Frank Justiliano
    Courtroom Deputy to the
    Honorable William Alsup