Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOE WANG, individually, and dba J W CARPET, et al., <br><br> Defendants. | Case No.: C08-2039 WHA <br><br> **PROOF OF SERVICE** |

   I, the undersigned, declare:

   I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

   On June 27, 2008, I served the following document(s):

- **REASSIGNMENT ORDER**
- **CLERK'S NOTICE RESCHEDULING HEARING**
- **SUPPLEMENTAL ORDER**

///
///
///

-2-

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

>    **Joe Wang, individually and dba**         **Joe Wang Carpet and Flooring**
>    **J W Carpet & Flooring**                  **116A Starlite Street**
>    **116A Starlite Street**                   **South San Francisco, California 94080**
>    **South San Francisco, California 94080**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega