IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>JOE WANG, et al.,<br><br>    Defendant.<br>_____/ | No. C 08-02039 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for July 24, 2008 at 11:00 a.m. has been rescheduled for **July 24, 2008 at 2:30 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 14, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES et al,

        Plaintiff,

  v.

JOE WANG et al,

        Defendant.

Case Number: CV08-02039 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Wang
Carpet & Flooring
116A Starlite Street
South San Francisco, CA 94080

Joe Wang
116A Starlite Street
South San Francisco, CA 94080

Dated: July 14, 2008

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk