Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., | Case No.: C08-2039 WHA |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| JOE WANG, individually, and dba J W CARPET, et al., | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 21, 2008, I served the following document(s):

**ORDER on
REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

P:\Clients\FLRCL\JW Wang\Pleadings\Proof of Service 072108.doc

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Joe Wang, individually and dba**      **Joe Wang Carpet and Flooring**
**J W Carpet & Flooring**      **116A Starlite Street**
**116A Starlite Street**      **South San Francisco, California 94080**
**South San Francisco, California 94080**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of July, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega

P:\Clients\FLRCL\JW Wang\Pleadings\Proof of Service 072108.doc