Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>    Plaintiffs,<br>v.<br><br>JOE WANG, individually, and dba J W CARPET & FLOORING and JOE WANG CARPET and FLOORING,<br><br>    Defendants. | Case No.: C08-2039 WHA<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:  August 7, 2008<br>Time:  11:00 a.m.<br>Ctrm:  9, 19th Floor<br>Judge:  The Honorable William H. Alsup |

Saltzman & Johnson Law Corporation is counsel for Plaintiffs Board of Trustees of the Northern California Covering Industry Welfare Fund, et al. ("Funds" or "Plaintiffs") and substituted as counsel on June 12, 2008. Defendant is appearing in this action in pro per.

Plaintiffs assert that Defendant is liable for all contributions, liquidated damages, and accrued interest owed pursuant to the terms of the applicable collective bargaining agreement ("Bargaining Agreement") and the governing trust agreements incorporated therein. Defendant claims that its employees performed work that was not covered by the relevant collective bargaining agreement and thus, it is not obligated to pay all sums Plaintiffs claim is owed by Defendant. The administrators of the Funds and counsel for Plaintiffs are evaluating the extent to which Defendant is obligated to pay contributions for any such work and are determining all amounts owed by Defendant. Investigations are in still in progress.

1. The parties are attempting to resolve their dispute regarding the balance owed by the Defendant to Plaintiffs in anticipation of entering into a stipulated judgment in this action. In the event that the settlement negotiations are unsuccessful, Plaintiffs will file a motion for summary judgment.

Plaintiffs therefore, respectfully request that the Case Management Conference, currently scheduled for August 7, 2008, be continued for approximately ninety (90) days to allow the parties ample opportunity to resolve their differences and enter into a stipulated judgment. It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 31st day of July, 2008, at San Francisco, California.

                    SALTZMAN & JOHNSON
                    LAW CORPORATION


                    By: _____/s/_____
                         Shaamini A. Babu
                         Attorneys for Plaintiffs

Dated: _____, 2008        JOE WANG, individually and dba, JW CARPET & FLOORING, JOE WANG CARPET AND FLOORING


                    By: _____
                         Joe Wang

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ at _____. All related deadlines are extended accordingly.


Date: _____        _____
                                               United States District Court Judge

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 31, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Joe Wang, individually and dba**<br>**J W Carpet & Flooring**<br>**116A Starlite Street**<br>**South San Francisco, California 94080** | **Joe Wang Carpet and Flooring**<br>**116A Starlite Street**<br>**South San Francisco, California 94080** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 31st day of July, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-2039 MEJ**

P:\Clients\FLRCL\JW Wang\Pleadings\CMC Continuance Request 073108