Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>          Plaintiffs,<br>v.<br><br>JOE WANG, individually, and dba J W CARPET & FLOORING and JOE WANG CARPET and FLOORING,<br><br>          Defendants. | Case No.: C08-2039 WHA<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:   August 21, 2008<br>Time:  11:00 a.m.<br>Ctrm:  9, 19th Floor<br>Judge: The Honorable William H. Alsup |

     Saltzman & Johnson Law Corporation is counsel for Plaintiffs Board of Trustees of the Northern California Floor Covering Industry Welfare Fund, et al. ("Funds" or "Plaintiffs") and substituted as counsel on June 12, 2008. Defendant Joe Wang, individually and dba J W Carpet & Flooring and Joe Wang Carpet and Flooring ("Defendant") is appearing in this action in pro per.

     On August 7, 2008, Plaintiffs' counsel met with Defendant at the above referenced courtroom. Defendant requested a waiver of liquidated damages and asserted that work was performed by one of its employees that was not covered by the applicable collective bargaining agreement ("Bargaining Agreement") and thus, it is not obligated to pay all sums Plaintiffs claim is owed by Defendant.

     On August 14, 2008, the administrator for the Funds provided Plaintiffs' counsel with its analysis of all sums including contributions, liquidated damages, and accrued interest owed by

-1-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-2039 MEJ

1  Defendant pursuant to the terms of the Bargaining Agreement and the governing trust agreements
2  incorporated therein.  Plaintiffs' counsel are in contact with Defendant and both parties will be
3  reviewing the calculations with respect to the debt owed to Plaintiffs and the extent to which
4  Defendant is obligated to pay contributions for work that is claimed not to be covered under the
5  Bargaining Agreement.

6    The parties are attempting to resolve their dispute regarding the balance owed by the
7  Defendant to Plaintiffs in anticipation of entering into a stipulated judgment in this action.  In the
8  event that the settlement negotiations are unsuccessful, Plaintiffs will file a motion for summary
9  judgment.

10    Plaintiffs therefore, respectfully request that the Case Management Conference, currently
11  scheduled for August 21, 2008, be continued for thirty (30) days to allow the parties ample
12  opportunity to resolve their differences and enter into a stipulated judgment. It is furthermore
13  requested that all previously set deadlines and dates related to this case be continued as well.

14    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
15  entitled action, and that the foregoing is true of my own knowledge.

16    Executed this 14th day of August, 2008, at San Francisco, California.

          SALTZMAN & JOHNSON
          LAW CORPORATION

          By: _____/s/_____
           Shaamini A. Babu
           Attorneys for Plaintiffs

21  IT IS SO ORDERED.

22    The currently set Case Management Conference is hereby continued to
23  _____ at _____. All related deadlines are extended
24  accordingly.

26  Date: _____  _____
             United States District Court Judge

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-2039 MEJ**

P:\Clients\FLRCL\JW Wang\Pleadings\CMC Continuance Request 081408

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 14, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF**
**CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Joe Wang, individually and dba**            **Joe Wang Carpet and Flooring**
> **J W Carpet & Flooring**                            **116A Starlite Street**
> **116A Starlite Street**                                 **South San Francisco, California 94080**
> **South San Francisco, California 94080**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of August, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-2039 MEJ

P:\Clients\FLRCL\JW Wang\Pleadings\CMC Continuance Request 081408