IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BOARD OF TRUSTEES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOE WANG,<br><br>　　　　Defendant.<br>_____ / | No. C 08-02039 WHA<br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

　　　　YOU ARE NOTIFIED THAT the Case Management Conference previously set for September 11, 2008 at 11:00 a.m. has been rescheduled for **September 10, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated:  August 27, 2008　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　 Dawn Toland
　　　　　　　　　　　　　　　　　　　　　　　　 Courtroom Deputy to the
　　　　　　　　　　　　　　　　　　　　　　　　 Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES et al, | Case Number: CV08-02039 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOE WANG et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Wang Carpet & Flooring
116A Starlite Street
South San Francisco, CA 94080

Joe Wang
116A Starlite Street
South San Francisco, CA 94080

Dated: August 27, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk