Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOE WANG, individually, and dba J W CARPET & FLOORING and JOE WANG CARPET and FLOORING, <br><br> Defendants. | Case No.: C08-2039 WHA <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date:    September 10, 2008 <br> Time:   11:00 a.m. <br> Ctrm:   9, 19th Floor <br> Judge:  The Honorable William H. Alsup |

Saltzman & Johnson Law Corporation is counsel for Plaintiffs Board of Trustees of the Northern California Floor Covering Industry Welfare Fund, et al. ("Funds" or "Plaintiffs") and substituted as counsel on June 12, 2008. Defendant Joe Wang, individually and dba J W Carpet & Flooring and Joe Wang Carpet and Flooring ("Defendant") is appearing in this action in pro per.

The parties are still engaged in settlement discussions regarding all contributions, liquidated damages, and interest owed by Defendant pursuant to the terms of the collective bargaining agreement ("Bargaining Agreement") and the governing trust agreements incorporated therein. Defendant requested a waiver of liquidated damages and asserted that work was performed by one of its employees that was not covered by the Bargaining Agreement and thus, it is not obligated to pay all contributions Plaintiffs claim is owed by Defendant. Plaintiffs are considering the request for waiver of liquidated damages and the administrator for the Plaintiffs'

-1-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No.: C08-2039 MEJ

1  fund is in the process of recalculating the sums owed by Defendant. Plaintiffs claim that
2  Defendant is obligated to pay contributions for all hours worked by all of Defendant's employees
3  pursuant to the Bargaining Agreement and relevant case law.
4      The parties are attempting to resolve their dispute regarding the balance owed by the
5  Defendant to Plaintiffs in anticipation of entering into a stipulated judgment in this action. In the
6  event that the settlement negotiations are unsuccessful, Plaintiffs will file a motion for summary
7  judgment.
8      Plaintiffs therefore, respectfully request that the Case Management Conference, currently
9  scheduled for September 10, 2008, be continued for sixty (60) days to allow the parties ample
10 opportunity to resolve their differences and enter into a stipulated judgment. It is furthermore
11 requested that all previously set deadlines and dates related to this case be continued as well.
12     I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
13 entitled action, and that the foregoing is true of my own knowledge.
14     Executed this 3rd day of September, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Shaamini A. Babu
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to ___October 2, 2008___ at ___11AM___. All related deadlines are extended accordingly. This is the last continuance that will be granted.

Date: ___September 5, 2008.___        _____
United States District Judge William Alsup

*IT IS SO ORDERED — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

-2-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-2039 MEJ**

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On September 3, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Joe Wang, individually and dba** | **Joe Wang Carpet and Flooring** |
| **J W Carpet & Flooring** | **116A Starlite Street** |
| **116A Starlite Street** | **South San Francisco, California 94080** |
| **South San Francisco, California 94080** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of September, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C08-2039 MEJ**

P:\Clients\FLRCL\JW Wang\Pleadings\CMC Continuance Request 090308

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES et al,

        Plaintiff,

  v.

JOE WANG et al,

        Defendant.

Case Number: CV08-02039 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Wang Carpet & Flooring
116A Starlite Street
South San Francisco, CA 94080

Joe Wang
116A Starlite Street
South San Francisco, CA 94080

Dated: September 5, 2008

                                  Richard W. Wieking, Clerk
                                  By: Dawn Toland, Deputy Clerk