IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTRY WELFARE FUND,
STEVE HAVENS, TRUSTEE,

    Plaintiff,

  v.

JOE WANG, individually and doing business
as J W CARPET & FLOORING and JOE
WANG CARPET AND FLOORING,

    Defendants.
_____/

No. C 08-02039 WHA

**ORDER DENYING PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court **DENIES** plaintiffs' request to continue the case management for the second time.

    **IT IS SO ORDERED.**

Dated: September 30, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE